UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61138-CIV-BLOOM/VALLE

**GARRY BATES**, *an individual*,
**RENAE BATES**, *an individual*,

      Plaintiffs,

v.

**WORLDPMX, INC.**, *a Florida corporation*,
**INVESTMENT QUALITY DIAMONDS, INC.**, *a Florida corporation*,
**SEAN MCCABE**, *an individual*,
**AMERIFIRST TRADING CORP.**, *a Florida corporation*, and
**C. LEO SMITH**, *an individual*,

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Stipulation for Dismissal with Prejudice. ECF No. [104]. The Court having considered the Stipulation, following the parties' stipulation of facts—though the Court makes no findings of fact— it is hereby:

**ORDERED AND ADJUDGED** that the parties' Stipulation of Dismissal with Prejudice, **ECF No. [104]**, is **APPROVED** and **ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement between the parties. Each party is to bear its own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are hereby denied as moot. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of September, 2014.

                                                **BETH BLOOM**
                                                **UNITED STATES DISTRICT JUDGE**

cc:  counsel of record