UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61138-CIV-BLOOM/VALLE

**GARRY BATES**, *an individual*,
**RENAE BATES**, *an individual*,

    Plaintiffs,

v.

**WORLDPMX, INC.**, *a Florida corporation*,
**INVESTMENT QUALITY DIAMONDS, INC.**, *a Florida corporation*,
**SEAN MCCABE**, *an individual*,
**AMERIFIRST TRADING CORP.**, *a Florida corporation*,
**C. LEO SMITH**, *an individual*, and

    Defendants.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION; ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS WORLDPMX, INC. AND SEAN MCCABE

**THIS MATTER** is before the Court upon the parties' Motion for Reconsideration, ECF No. [106]. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that:

1. The parties' Motion for Reconsideration, **ECF No. [106]**, is **GRANTED**;

2. The Court's Final Order of Dismissal with Prejudice, **ECF No. [105]**, is **VACATED**;

3. The Clerk shall **REOPEN** this case;

4. Pursuant to **ECF No. [104]**, **DEFENDANTS WORLDPMX, INC.** and **SEAN MCCABE** are **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of October, 2014.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record